UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE), PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST, NATIONAL ELECTRICAL BENEFIT FUND, and LABOR MANAGEMENT COOPERATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC ELECTRIC SERVICE, INC., a Washington corporation,<br><br>Defendant. | Cause No. MS05-177<br><br>ORDER FOR EXAMINATION OF JUDGMENT DEBTOR<br><br>**Clerk's Action Required** |

Pursuant to Plaintiffs Puget Sound Electrical Workers Health and Welfare Trust (Includes Vacation Allowance), Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust's (Trust Funds) Motion for an Order requiring Judgment Debtor's attendance at an examination of debtor hearing and proof having been made that an unsatisfied judgment against Judgment Debtor exists, it is hereby

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR
PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1     **ORDERED** that Page Gunther, owner of Pacific Electric Service, Inc. appear at the U.S. District Court for the Western District of Washington, at Seattle, on the 13th day of January, 2005 at 9:30 a.m. before the Honorable James P. Donohue, Courtroom 12A, then and there to answer under oath questions concerning any property which Page Gunther is in possession of, or under his/her control which should be applied towards satisfaction of the Judgment rendered in this action.

    **IT IS FURTHER ORDERED** that Page Gunther answer the attached questionnaire and bring the written responses to the examination.

    **IT IS FURTHER ORDERED** that Plaintiffs are entitled to its service fee in the amount of $25.00 and an appearance fee in the amount of $25.00 for a total of $50.00.

    **IT IS FURTHER ORDERED** that Plaintiffs may apply for its attorney's fees if Judgment Debtor does not appear.

    **IT IS FURTHER ORDERED** if Judgment Debtor does not appear, a warrant will be issued for his/her arrest and they shall be further obligated to Judgment Creditor for their attorney's fees.

    DATED at Seattle, Washington, this 14th day of November, 2005.

    /s/ JAMES P. DONOHUE
    United States Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR
PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Name: _____       Date: _____
Address: _____
_____
Telephone No.: _____

# CORPORATE QUESTIONNAIRE

1. What is the nature of the corporation?

2. How long has the corporation been in existence?

3. State fully and completely the names and addresses of all officers and directors of the corporation stating specifically the office held by each individual.

4. Does the corporation have a checking account? If so, where? Account No.?

5. Does the corporation have a savings account? If so, where? Account No.?

6. What is the average deposit in both? Does the corporation make regular deposits?

7. Is the account in the name of the corporation, or in some other name?

8. What is the balance at the present time in each account listed in response to questions No. 4 and 5?

9. Does anyone owe the corporation money for any reasons whatsoever?

10. Does the corporation have any claims against any person or entity for money, or for property?

11.  If so, give name, address, etc.

12.  Is the debt evidenced by a note?

13.  Is the debt secured by anything such as a mortgage?

14.  When is the debt due or is it past due?

15.  When was the debt incurred?

16.  Does the corporation own the building in which its offices are located?  If so, please state the value of the corporation's equity in the property.

17.  Is the property referred to in question No. 16 currently for sale?  If the answer is yes, please state the name of the listing agent.

18.  Does the corporation own or have an interest in, or is it buying any properties whatsoever?

19.  If so, what is the location and address?

20.  Is the property improved or unimproved?

21.  Is the corporation currently selling any property to another?  If so, to whom? Name and address?

22.  Where is the location of the property and what is its nature?

23.  What is the balance due on the contract?

24. What is the monthly payment?

25. What are the terms of payment – payments, dates, etc.?

26. Does the corporation own office equipment, furnishings and/or computer equipment? If so, please specify by item and its approximate value.

27. Does the corporation hold any negotiable or non-negotiable instruments or securities? If so, what?

28. Does the corporation own any stock in another company or interest in a joint stock company or mutual fund?

29. If so, give the name of the corporation, the amount of shares held, and whether the shares are in the name of the corporation or another corporation.

30. Does the corporation own any automobiles or trucks?

31. How many?

32. Give make, model, year, license number and approximate value.

33. Does the corporation own any construction equipment or tools? If so, please state each item and its approximate value.

34. Does the corporation own a boat or other property? If so, give its nature, where it is located, approximate value and the debts, if any, against it, and to whom the debt is owned.

35. Does the corporation have any unliquidated claims of any nature against anyone? What are they; against whom; and what is their estimated value?

36. Has the corporation made any transfers of any real or personal properties, including cars, money, vacant land, stocks, equipment – anything within the last year?

37. If so:

   a. What:

   b. When:

   c. To whom:

   d. Consideration therefore:

38. Did the corporation file an income tax return last year? If so, where?

39. Does the corporation own any patents, copyrights or trademarks?

_____

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF KING       )

_____, being first duly sworn on oath, deposes and says:

He/she is the defendant in this matter; he/she has read the foregoing answers, knows the contents thereof, and believes the same to be true.

_____
NOTARY PUBLIC in and for the State of Washington, residing at _____
My commission expires _____